# THE LARUSSO LAW FIRM



ROBERT P. LARUSSO, ESQ.
robert@rlarussolaw.com

---

March 17, 2022

<u>Filed Electronically</u>
Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    United States v. Kavaughn Wiggins
              <u>Criminal Docket No. 21 CR 452(S1)(JS)</u>

Dear Judge Seybert:

    I represent Kavaughn Wiggins in the above referenced matter and submit this letter in support of my request directing the Suffolk County Sheriff to permit telephone conferences with my client who is incarcerated.

    Thank you for your consideration.

                                        Very truly yours,

                                        Robert P. LaRusso

SO ORDERED:

_____
HONORABLE JOANNA SEYBERT