# THE LARUSSO LAW FIRM



ROBERT P. LARUSSO, ESQ.
robert@rlarussolaw.com

March 17, 2022

<u>Filed Electronically</u>
Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

```
        F I L E D
    IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

  ★   MAR 1 8 2022   ★

   LONG ISLAND OFFICE
```

     Re:    United States v. Kavaughn Wiggins
             <u>Criminal Docket No. 21 CR 452(S1)(JS)</u>

Dear Judge Seybert:

      I represent Kavaughn Wiggins in the above referenced matter and submit this letter in support of my request directing the Suffolk County Sheriff to permit telephone conferences with my client who is incarcerated.

      Thank you for your consideration.

                         Very truly yours,

                         Robert P. LaRusso

SO ORDERED:


HONORABLE JOANNA SEYBERT