

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:APW:ss
F. #2021R00258

*610 Federal Plaza*
*Central Islip, New York 11722*

May 24, 2022

<u>By Email and ECF</u>

Robert P. LaRusso, Esq.
666 Old Country Road, Suite 501
Garden City, NY 11530

   Re: <u>United States v. Kavaughn Wiggins</u>
     <u>Criminal Docket No. 21-452 (JS)</u>

Dear Counsel:

   Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, item Bates numbered KW 000112 through KW 000113. Also enclosed is an index of the discovery. The index will not be filed electronically. The government also requests reciprocal discovery from the defendant.

           Very truly yours,

           BREON PEACE
           United States Attorney

     By: /s/ Andrew P. Wenzel
        Andrew P. Wenzel
        Christopher C. Caffarone
        Assistant U.S. Attorneys
        (631) 715-7868/7832

Enclosures
cc: Clerk of the Court (JS) (by ECF) (without enclosures)