# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
## - ATTORNEYS AT LAW -

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |

**ANTHONY M. LA PINTA**
**JAMES T. REYNOLDS**
**PETER R. CARONIA** (Ret.)
**PAUL GIANELLI** (Ret.)

TEL: 631-231-1199
FAX: 631-300-4380

OF COUNSEL

PETER H. MAYER, III, PLLC.
Justice, NYS Supreme Court (Ret.)

MARK D. COHEN
Judge, NYS Court of Claims (Ret.)

**MICHAEL E. FEHRINGER**
**KYLE O. WOOD**

CHRISTOPHER J. PURCELL, P.C.

**BY ECF**

August 11, 2022

The Honorable Joanna Seybert
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

    Re:  **United States v. Kavaughn Wiggins**
           CR 21-0452 (JS)(SIL)

Your Honor:

    I represent defendant Kavaughn Wiggins in the above matter.

    Please let this serve to confirm that this matter has been adjourned from Monday, August 15, 2022 at 10:30 a.m. to Tuesday, September 6, 2022 at 10:30 a.m. The defendant hereby waives his speedy trial rights from August 15, 2022 to September 6, 2022.

    Please contact me if you have any questions.

Respectfully submitted,

*[signature]*
**ANTHONY M. LA PINTA**

AML/mef

cc:  AUSA Andrew Wenzel (By ECF)